UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM D. COHEN | ) | CASE NO. 1:02CV732 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| -vs- | ) | JUDGE LESLEY WELLS |
| | ) | |
| | ) | |
| STATE CHEMICAL MFG. | ) | |
| | ) | ORDER |
| Defendant | ) | |

Before this Court is the Plaintiff William D. Cohen's motion for extension of discovery. (Docket No. 24). Specifically, Mr. Cohen "requests the Court extend the time by which discovery must be completed in this matter from now until November 15, 2005." (Id.). This Court cannot grant the relief requested by Mr. Cohen because a discovery deadline has not yet been set in this case. (See Docket No. 16). At the request of the parties, the Court delayed setting a deadline for discovery and other pre-trial matters until after the parties completed arbitration. (Id.). The deadline for completing the agreed arbitration is 15 October 2005 – a date that this Court has previously made clear will not

be extended.  (Docket No. 21 & 23).  Thus, Mr. Cohen's motion for extension of discovery (Docket No. 24) is **denied.**

IT IS SO ORDERED.

                                                /s/Lesley Wells
                                           UNITED STATES DISTRICT JUDGE

Dated:  27 September 2005